**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03335-RMR

CHANTAL ALEJANDRA MORALES ROJAS,

Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, Department of Homeland Security,

Respondents.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER entered by United States District Judge Regina M. Rodriguez on September 18, 2026 [ECF No. 11], it is hereby

ORDERED that the Amended Petition for Writ of Habeas Corpus [ECF No. 4] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 29th day of September, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk